UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISNEY ENTERPRISE,

                Plaintiff,

v.

DISH NETWORK LLC,

                Defendant.



ORDER

11 Civ. 2973 (GBD)

GEORGE B. DANIELS, District Judge.

    Plaintiff's motion for a preliminary injunction is DENIED.

Dated: June 1, 2011
       New York, New York

SO ORDERED.



GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE